IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ADOBE SYSTEMS INCORPORATED,     )
and SYMANTEC CORPORATION,       )
                                )
        Plaintiffs,             )      **96-2186**
                                )
v.                              )      No. ____ **CIV-DAVIS**
                                )
INTRACORP ENTERTAINMENT, INC.,) COMPLAINT  **MAGISTRATE JUDGE**
                                )              **GARBER**
        Defendant.              )

ADOBE SYSTEMS INCORPORATED and SYMANTEC CORPORATION, by their

attorneys, complain against INTRACORP ENTERTAINMENT, INC., as

follows:

1.      This is a civil action arising under the Copyright Law

of the United States, 17 U.S.C. § 101 *et seq.*  This Court thus has

jurisdiction over the subject matter of this action pursuant to 28

U.S.C. § 1338(a).  Venue is properly laid in this District pursuant

to 28 U.S.C. § 1400(a).

2.      The acts complained of herein arose out of the same

transaction  or  occurrence,  or  series  of  transactions  or

occurrences, and there are questions of law and fact common to the

claims of the plaintiffs in this action.

3.      ADOBE SYSTEMS, INCORPORATED ("Adobe"), is a corporation

organized and existing under the laws of the State of California

that maintains its principal place of business in Mountain View, California.

4.    SYMANTEC CORPORATION ("Symantec") is a corporation organized and existing under the laws of the State of California that maintains its principal place of business in Cupertino, California.

5.    INTRACORP ENTERTAINMENT, INC. ("Intracorp"), is a corporation organized and existing under the laws of the State of Florida that maintains its principal place of business in Miami, Florida.  Intracorp also has offices at 2402 Broadmore, Building B, Suite 201, Bryan, Texas.

6.    Plaintiffs are in the business of developing, manufacturing and distributing, in interstate and foreign commerce, computer programs (hereinafter sometimes referred to as "software") recorded on magnetic medium diskettes or CD ROMs ("disks") for use on microcomputers of the type commonly referred to as "personal computers."  Plaintiffs package and distribute their software together with associated reference manuals, end-user license agreements, and other documentation.

7.    A personal computer user typically obtains software by purchasing from an authorized dealer a package containing (a) one or more disks on which the software has been magnetically or

2

digitally recorded and (b) documentation that describes the software and gives instructions for its use.

8. It is not an infringement for the owner of a copy of a computer program to make another copy of that program (a) on the hard disk of a single computer in order to be able to use the program, or (b) on a second disk for archival (or backup) purposes. However, no other copies can lawfully be made without the express authority of the copyright holder.

9. Nevertheless, it is a simple task for a software user to make many, unauthorized copies of a computer program at little or no expense, and thereby deprive the copyright owner of his exclusive property without compensation.

10. Among Adobe's commercially successful software products are "Premiere" and "Photoshop." Premiere and Photoshop are original works of authorship protected by registered federal copyrights, and Adobe is the owner of the copyrights to Premiere and Photoshop.

11. Among Symantec's commercially successful software products is "Norton Antivirus." Norton Antivirus is an original work of authorship protected by registered federal copyright, and Symantec is the owner of the copyright to Norton Antivirus.

3

12. This lawsuit arises out of the illegal copying and use by the defendant of the computer programs identified in paragraphs 10 and 11 of this complaint.

13. Intracorp is engaged in the business of developing and marketing multimedia software.

14. Intracorp uses personal computers in the management and operation of its business, and has copied the plaintiffs' copyrighted software and the copyrighted software of other companies onto the hard disks of many of its personal computers without authorization.

15. Defendant's replication of plaintiffs' copyrighted computer programs on multiple personal computers was in every instance unauthorized, and constituted copyright infringement in violation of 17 U.S.C. § 501.

16. Defendant knew or should have known that it was illegal for it to make multiple copies of a particular copy of a computer program without the copyright owner's permission.

17. Defendant's copyright infringement was, therefore, willful within the meaning of 17 U.S.C. § 504(c)(2).

<u>COUNT I</u>

18. Adobe realleges paragraphs 1-3, 5-10, and 12-17 of this complaint.

19.    By reason of the foregoing, Adobe is entitled to injunctive and monetary relief pursuant to 17 U.S.C. §§ 502 through 505, for defendant's infringement of Adobe's copyrights to Premier and Photoshop.

COUNT II

20.    Symantec realleges paragraphs 1, 2, 4-9, and 11-17 of this complaint.

21.    By reason of the foregoing, Symantec is entitled to injunctive and monetary relief pursuant to 17 U.S.C. §§ 502 through 505, for defendant's infringement of Symantec's copyrights to Norton Antivirus.

WHEREFORE, plaintiffs pray that judgment be entered in their favor as follows:

1.    Preliminarily and permanently enjoining defendant, and those acting in concert or participation with it, from actions that infringe plaintiffs' copyrights, including, but not limited to, unauthorized use and/or copying of plaintiffs' copyrighted software.

2.    Requiring defendant to destroy all illegally copied software.

3.    Awarding plaintiffs, at their election, either actual or statutory damages against defendant.

5

4.      Awarding plaintiffs their attorneys' fees pursuant to 17 U.S.C. § 505.

5.      Awarding plaintiffs their costs.

6.      Awarding plaintiffs all further relief to which they are entitled.

Dated:  August ___7___, 1996.

ADOBE SYSTEMS INCORPORATED
and SYMANTEC CORPORATION

By _____
     One Of Their Attorneys

Brian F. Spector (Fla. Bar 261254)
Harry R. Schafer (Fla. Bar 508667)
KENNY NACHWALTER SEYMOUR
 ARNOLD CRITCHLOW & SPECTOR
1100 Miami Center
201 South Biscayne Blvd.
Miami, FL  33131-4327
(305) 373-1000
(305) 372-1861 Fax

Of Counsel:

Geoffrey G. Gilbert
McBRIDE BAKER & COLES
500 West Madison Street
40th Floor
Chicago, IL  60661-2511
(312) 715-5700
(312) 993-9350 Fax

69121

6

C6-2186

# CIVIL COVER SHEET

CIV-DAVIS

MAGISTRATE JUDGE
GARBER

JS-44
(Rev. 07-89)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| ADOBE SYSTEMS INCORPORATED, and SYMANTEC CORPORATION | INTRACORP ENTERTAINMENT, INC. |

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _California_
(EXCEPT IN U.S. PLAINTIFF CASES)

A:DADE 1:96CV2186 DAVIS GARBER

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _Dade_
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Kenny, Nachwalter, Seymour, Arnold, Critchlow & Spector, P.A.
201 S. Biscayne Blvd., #1100, Miami, FL
Phone: (305) 373-1000      33131

ATTORNEYS (IF KNOWN)

**(d)** Circle County where action arose: (Dade) Collier, Monroe, Broward, Glades, Palm Beach, Hendry, Martin, St. Lucie, Indian River, Okeechobee, Highlands

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Copyrights claim under 17 U.S.C. Sec. 101, et seq.

IVa. _2_ days estimated (for both sides) to try entire case.

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT (A) | TORTS (A) | | FORFEITURE/PENALTY (B) | BANKRUPTCY (A) | OTHER STATUTES (A) |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 630 Liquor Laws | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS (A)** | B ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 810 Selective Service |
| B ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | B ☐ 371 Truth in Lending | **LABOR (A)** | **SOCIAL SECURITY (B)** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | B ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY (A)** | **CIVIL RIGHTS (A)** | **PRISONER PETITIONS (B)** | | ☐ 863 DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| B ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 Habeas Corpus | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS (A)** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 540 Mandamus & Other | B ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 550 Civil Rights | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | | | | A/B ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | *A or B | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23

**DEMAND $** over $50,000.00

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE 8/7/96   SIGNATURE OF ATTORNEY OF RECORD _____

665885   120.00
08/07/96

UNITED STATES DISTRICT COURT